Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20−10476−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mildred Stanley
   aka Mildred C Stanley, aka Mildred
   Philippe−Stanley
   1159−61 Myrtle Avenue
   Plainfield, NJ 07063

Social Security No.:
   xxx−xx−4865

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           3/12/20
Time:            08:30 AM
Location:         Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 13, 2020
JAN: smz

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Mildred Stanley  
    Debtor

Case No. 20-10476-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 13, 2020  
Form ID: 132    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2020.
```
db              +Mildred Stanley,    1159-61 Myrtle Avenue,    Plainfield, NJ 07063-1138
518657419       +Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
518657420        Bobs Ds Furn,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
518657421       +Chase-pier1,    Po Box 15369,    Wilmington, DE 19850-5369
518657422       +Citi,    Po Box 6190,    Sioux Falls, SD 57117-6190
518657427       +Gmac Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
518657428       +Jpmcb Card,    Po Box 15369,    Wilmington, DE 19850-5369
518657430       +Pinnacle,    Po Box 130848,    Carlsbad, CA 92013-0848
518657431       +Select Portoflio Servicing,    10401 Deerwood Park Blvd,    Jacksonville, FL 32256-5007
518657432       +Slc Stud Loan Trust,    5800 South Corporate Place,    Sioux Falls, SD 57108-5027
518657433       +Specialized Loan Servicing,    8742 Lucent Blvd,    Suite 300,    Highlands Ranch, CO 80129-2386
518657436       +U.S. Bank N.A.,    Select Portfolio Servicing,    c/o KML Law Group P.C.,
                  216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 13 2020 23:54:05    U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 13 2020 23:54:02    United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
518657418       +E-mail/Text: ally@ebn.phinsolutions.com Jan 13 2020 23:53:02    Ally Financial,
                  P.O. Box 380901,    Minneapolis, MN 55438-0901
518657423       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 13 2020 23:53:36    Comenitybank/metrostyl,
                  Po Box 182789,    Columbus, OH 43218-2789
518657424       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 13 2020 23:53:36    Comenitybank/newportnw,
                  Po Box 182789,    Columbus, OH 43218-2789
518657425       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 13 2020 23:53:36    Comenitybank/victoria,
                  Po Box 182789,    Columbus, OH 43218-2789
518657426       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 13 2020 23:53:36    Comenitycb/zales,
                  Po Box 182120,    Columbus, OH 43218-2120
518657429       +E-mail/PDF: pa_dc_claims@navient.com Jan 14 2020 00:00:14    Navient,    Po Box 9500,
                  Wilkes Barre, PA 18773-9500
518657434       +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 00:00:34    Syncb/lowes,    Po Box 956005,
                  Orlando, FL 32896-0001
518657435       +E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2020 23:59:58    Syncb/ppc,    Po Box 965005,
                  Orlando, FL 32896-5005
518657631       +E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2020 23:59:58    Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 11
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2020 at the address(es) listed below:
```
              Antonio R. Espinosa    on behalf of Debtor Mildred  Stanley Andespbk@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 3
```