| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | |
| In re:<br><br>Mildred Stanley<br>*aka* Mildred C Stanley<br>*aka* Mildred Philippe-Stanley<br><br>                                    Debtor. | Chapter: 13<br><br>Case No.: 20-10476-JKS<br><br>Judge: John K. Sherwood |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Creditor, Specialized Loan Servicing, LLC, as servicing agent for U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust 2005-HE3, a creditor in the above styled proceeding, requests that all matters which must be noticed pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, regarding the following property and loan be sent to the undersigned:

Property Address: **1159-61 Myrtle Avenue, Plainfield, New Jersey 07063**

Loan Number: **xxxxxx5416**

Pursuant to FRBP 2002(g), the undersigned requests that the following address be added to the Court's Master Mailing List:

Stewart Legal Group, P.L.
Gavin N. Stewart
401 East Jackson Street, Suite 2340

Tampa, FL 33602
Phone: 813-371-1231
Fax: 813-371-1232
gavin@stewartlegalgroup.com

Dated: February 7, 2020

          By:     */s/Gavin N. Stewart*
                 Gavin N. Stewart, Esq.