Form oresadoc – oresadocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−10476−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mildred Stanley
   aka Mildred C Stanley, aka Mildred
   Philippe−Stanley
   1159−61 Myrtle Avenue
   Plainfield, NJ 07063

Social Security No.:
   xxx−xx−4865

Employer's Tax I.D. No.:

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

   The Court having noted that the debtor filed an Amendment to Schedule D on D or to the List of Creditors on 3/10/2020 , and for good cause shown, it is

   ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

   It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

   1.   A copy of the applicable Notice of Chapter 13 Bankruptcy Case, and

   2.   In a Chapter 11 case:

      a)   a copy of the last modified plan and disclosure statement, if any, and

      b)   a copy of any order approving the adequacy of the disclosure statement
         and/or the scheduling of the plan for confirmation.

   3.   In a Chapter 12 or Chapter 13 case:

      a)   a copy of the Notice of Hearing on Confirmation of Plan, if any, and

      b)   a copy of the last modified plan that has been filed in the case.

   It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

   It is further ORDERED that the added creditors or parties have

   1.   until the original deadline, if any, fixed by the court to file a complaint to object to
      the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order,
      whichever is later;

2. until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement, or sixty 60 days from the date of this Order, whichever is later;

3. until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: March 10, 2020
JAN: smz

<u>John K. Sherwood</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Mildred Stanley  
       Debtor

Case No. 20-10476-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Mar 10, 2020  
                      Form ID: oresadoc     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2020.  
db          +Mildred Stanley,   1159-61 Myrtle Avenue,   Plainfield, NJ 07063-1138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 11 2020 00:39:59    United States Trustee,  
         Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,  
         Newark, NJ 07102-5235  
                                                                                             TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                                                                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2020 at the address(es) listed below:  
              Antonio R. Espinosa   on behalf of Debtor Mildred   Stanley Andespbk@gmail.com  
              Denise E. Carlon   on behalf of Creditor   U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Alternative Loan Trust 2007-A2 Mortgage Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
              Gavin   Stewart   on behalf of Creditor   Specialized Loan Servicing, LLC, as servicing agent for U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust 2005-HE3 gavin@stewartlegalgroup.com  
              Marie-Ann Greenberg   magecf@magtrustee.com  
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                        TOTAL: 5