| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Antonio R Espinosa, Esq.<br>ANDRIL & ESPINOSA, LLC<br>534 Westfield Avenue<br>Elizabeth, NJ 07208<br>(908) 558-0100<br>andespbk@gmail.com<br>Attorney the Debtor | Case No.: | 20-10476 |
| | Chapter: | 13 |
| In Re:<br><br>Mildred Stanley,<br>         (Debtor). | Adv. No.: | |
| | Hearing Date: | 5/14/2020@10:00AM |
| | Judge: | JKS |

## CERTIFICATION OF SERVICE

1. I, __Antonio R Espinosa__ :

   ☒ represent ____debtor____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents
   _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On ____4/1/2020____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   (i) Notice of Motion to Reclassify Claim
   (ii) Certification of Counsel In Support
   (iii) Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __4/1/2020__                                  /s/ Antonio R Espinosa
                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie Ann-Greenberg<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Peter Knapp<br>Authorized Agent for Specialized Loan Servicing, LLC<br>Bonial & Associates, P.C.<br>P.O. Box 9013<br>Addision, TX 75001 | Authorized Agent for Servicing Agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Gavin N. Stewart, Esq.<br>401 East Jackson Street<br>Tampa, FL 33602 | Counsel for Creditor-Claimant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Specialized Loan Servicing, LLC<br>Attn: Managing Officer<br>8742 Lucent Blvd.,<br>Suite 300<br>Highlands Ranch, CO 80129 | Servicing Agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*