| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Antonio R. Espinosa, Esq.<br>ANDRIL& ESPINOSA, LLC<br>534 Westfield Avenue<br>Elizabeth, NJ 07208<br>(908) 558-0100<br>andespbk@gmail.com<br>Attorney for the Debtor | |
| In Re:<br>Mildred Stanley,<br>　　　　(Debtor). | Case No.: _____20-10476_____<br><br>Chapter: _____13_____<br><br>Judge: _____JKS_____ |

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:   Bob's Ds Furniture_____
(Example: John Smith, creditor)

　　　　　　　Old address:   Cscl Dispute Team_____

　　　　　　　　　　　　　　N8235-04m_____

　　　　　　　　　　　　　　Des Moines, IA 503306_____

　　　　　　　New address:   428 Tollano Turnpike_____

　　　　　　　　　　　　　　Manchester, CT 06042_____

　　　　　　　　　　　　　　_____

　　　　　　　New phone no.:_____
　　　　　　　(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   4/4/2020_____　　　　　　　/s/ Mildred Stanley_____
　　　　　　　　　　　　　　　　　　　　　　　　Signature

*rev.2/1/16*