UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Antonio R. Espinosa, Esq.
ANDRIL & ESPINOSA, LLC
534 Westfield Avenue
Elizabeth, NJ 07208
(908) 558-0100
andespbk@gmail.com

Order Filed on April 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Mildred Stanley,
       (Debtor).

Case No.: 20-10476
Chapter: 13
Judge: JKS

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 22, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on 2/4/2020 :

Property: 1159-61 Myrtle Avenue, Plainfield, NJ 07063

Creditor: Select Portfolio Servicing, as Loan Servicer

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by debtor , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including 7/18/2020 .

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

United States Bankruptcy Court
District of New Jersey

In re:  
Mildred Stanley  
      Debtor

Case No. 20-10476-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                  Page 1 of 1                  Date Rcvd: Apr 22, 2020
                         Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2020.
db             +Mildred Stanley,    1159-61 Myrtle Avenue,    Plainfield, NJ 07063-1138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2020 at the address(es) listed below:
      Antonio R. Espinosa    on behalf of Debtor Mildred  Stanley Andespbk@gmail.com
      Denise E. Carlon    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
       of the J.P. Morgan Alternative Loan Trust 2007-A2 Mortgage Pass-Through Certificates
       dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicing agent for
       U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust
       2005-HE3 bk@stewartlegalgroup.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                TOTAL: 5