UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Antonio R. Espinosa 0016211979
ANDRIL & ESPINOSA, LLC
534 Westfield Avenue
Elizabeth, NJ 07208
andespbk@gmail.com
(908) 558-0100
Attorney for the Debtor

**Order Filed on May 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Mildred Stanley,
       (Debtor).

| | |
|---|---|
| Case Number: | 20-10476 |
| Hearing Date: | 5/14/2020@10:00am |
| Judge: | JKS |
| Chapter: | 13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER TO RECLASSIFY PROOF OF CLAIM
**FILED BY**     U.S. Bank National Association     **FROM SECURED TO UNSECURED**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 20, 2020**

_/s/ John K. Sherwood_
Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been opened to the Court by _____Andril &Espinosa LLC_____, attorney for the Debtor, _____Mildred Stanley_____, on a Motion to Reclassify the Proof of Claim of ____U.S. Bank National Association____ from a secured claim to an unsecured claim, and the Court having considered the pleadings in this matter, the argument of counsel and for good cause shown, it is

**ORDERED** that the debtor's Motion To Reclassify the Proof of Claim of _U.S. Bank National Association_ from a secured claim to an unsecured claim is hereby granted.

*Rev. 7/1/04; jml*