| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Antonio R. Espinosa 0016211979<br>ANDRIL & ESPINOSA, LLC<br>534 Westfield Avenue<br>Elizabeth, NJ 07208<br>andespbk@gmail.com<br>(908) 558-0100<br>Attorney for the Debtor | **Order Filed on May 20, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>Mildred Stanley,<br>      (Debtor). | Case Number:     20-10476<br>Hearing Date:     5/14/2020@10:00am<br>Judge:     JKS<br>Chapter:     13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

**ORDER TO RECLASSIFY PROOF OF CLAIM
FILED BY** ___U.S. Bank National Association___ **FROM SECURED TO UNSECURED**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 20, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been opened to the Court by ____Andril &Espinosa LLC____, attorney for the Debtor, _____Mildred Stanley_____, on a Motion to Reclassify the Proof of Claim of ____U.S. Bank National Association____ from a secured claim to an unsecured claim, and the Court having considered the pleadings in this matter, the argument of counsel and for good cause shown, it is

**ORDERED** that the debtor's Motion To Reclassify the Proof of Claim of _U.S. Bank National Association_ from a secured claim to an unsecured claim is hereby granted.

*Rev. 7/1/04; jml*

2

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                                Case No. 20-10476-JKS
Mildred Stanley                                                       Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: May 21, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2020.
db             +Mildred Stanley,    1159-61 Myrtle Avenue,    Plainfield, NJ 07063-1138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2020 at the address(es) listed below:
              Antonio R. Espinosa    on behalf of Debtor Mildred  Stanley Andespbk@gmail.com
              Denise E. Carlon    on behalf of Creditor   U.S. Bank N.A., as trustee, on behalf of the holders
               of the J.P. Morgan Alternative Loan Trust 2007-A2 Mortgage Pass-Through Certificates
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Gavin  Stewart    on behalf of Creditor   Specialized Loan Servicing, LLC, as servicing agent for
               U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust
               2005-HE3 bk@stewartlegalgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5