| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee**<br><br>IN RE:<br><br>MILDRED STANLEY | Case No.:  20-10476<br><br>Adv. No.:<br><br>Hearing Date:  07/14/2022<br><br>Judge:  JKS |

## CERTIFICATION OF SERVICE

1. I, Jeannine Van Sant, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 05/04/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
MILDRED STANLEY
1159-61 MYRTLE AVENUE
PLAINFIELD, NJ  07063
Mode of Service: Regular Mail

Attorney for Debtor(s):
ANTONIO R. ESPINOSA
ANDRIL & ESPINOSA
534 WESTFIELD AVE
ELIZABETH, NJ  07208
Mode of Service: ECF and/or Regular Mail

Dated: May 04, 2022

By: /S/ Jeannine Van Sant
Jeannine Van Sant