| |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>MILDRED STANLEY | Case No.: 20-10476<br><br>Adv. No.:<br><br>Hearing Date: 04/13/2023<br><br>Judge: JKS |

### CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 03/21/2023, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
MILDRED STANLEY
1159-61 MYRTLE AVENUE
PLAINFIELD, NJ  07063
Mode of Service:  Regular Mail

Attorney for Debtor(s):
ANTONIO R. ESPINOSA
ANDRIL & ESPINOSA
534 WESTFIELD AVE
ELIZABETH, NJ  07208
Mode of Service:  ECF and/or Regular Mail

Dated:  March 21, 2023

By:  /S/  Keith Guarneri
Keith Guarneri